Filed: 4/24/2018 10:19 AM
Lynne Finley
District Clerk
Collin County, Texas
By Migdalia Martinez Deputy
Envelope ID: 24105810

Cause No. **296-01996-2018**

| | | |
|---|---|---|
| OHIO GRAVY BISCUIT INC., as TRUSTEE FOR THE SANDLEWOD DRIVE 5913 LAND TRUST | § § § § | IN THE DISTRICT COURT |
| Plaintiff | § § | |
| VS. | § § | COLLIN COUNTY, TEXAS |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | § § § § | |
| Defendant | § | _____ DISTRICT COURT |

### PLAINTIFF'S VERIFIED ORIGINAL PETITION AND REQUEST FOR TEMPORARY INJUNCTIVE RELIEF

TO: THE HONORABLE JUDGE OF SAID COURT:

Comes now OHIO GRAVY BISCUIT INC., as TRUSTEE FOR THE SANDLEWOOD DRIVE 5913 LAND TRUST, and in support hereof would show:

I

RULE 47 STATEMENT

This suit does not seek monetary damages but concerns title to real estate.

II

DISCOVERY LEVEL

Plaintiff intends to conduct discovery in accordance with Level 2, T.R.Civ.Pro. Rule 190.

III

VENUE

Venue is mandatory in this Court because this suit concerns title to real estate in this County.



IV

PARTIES

1. Plaintiff is OHIO GRAVY BISCUIT, INC., an Ohio corporation, licensed to do business in the State of Texas. Plaintiff sues in its capacity as Trustee for the Sandlewood Drive 5913 Land Trust.

2. Defendant is JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. Defendant is a bank organized and existing under the laws of the State of Ohio.

V

FACTS

1. This suit concerns property located at 5913 Sandlewood Drive, McKinney, Texas, 75070, and more particularly described as Lot 10, Block D, Willow Brook, Phase II, an Addition to the City of McKinney, Collin County, Texas according to the map or plat thereof recorded in Volume K, Page 347, Map Records of Collin County, Texas.

2. Plaintiff is the Substitute Trustee of the 5913 Sandlewood Drive Land Trust. The Trust acquired the property on or about March 8, 2017, at a lien foreclosure sale, recording its deed as Instrument No. 20170316000340120.

3. Plaintiff's predecessors in interest are James Buell Sticher, Jr., and Kimberly Dianne Sticher, who acquired the property on or about April 24, 2007.

4. When Plaintiff acquired the property there was a deed of trust made by the Stichers and recorded as Instrument No. 20070502000588700.

5. The said deed of trust was made in favor of Mortgage Electronic Registration Systems, Inc, as nominee only of WR Starkey Mortgage, L. L. P.

6. Defendant claims ownership of the deed of trust by virtue of an Assignment executed on February 15, 2012, and recorded as instrument No. 20120306000263190.

7. Defendant, on or about April 15, 2013, accelerated the note that is secured by the deed of trust, recording same as instrument No. 20130415000503630. A true and correct copy of said Notice is attached hereto, marked Exhibit A, and is incorporated by this reference.

8. More than four years have elapsed from the time that the note was accelerated.

9. By virtue of the operation of the Statute of Limitations, C.P.R.C. §16.035, Defendant is legally enjoined from exercising the powers of sale under the deed of trust.

10. The foregoing notwithstanding, Defendant has indicated its intent to foreclose the property by posting a Notice of Foreclosure, a copy of which is attached hereto and marked Exhibit B.

## VI

## CAUSES OF ACTION

### A

### QUIET TITLE

1. Plaintiff refers to and incorporates by this reference each allegation above.

2. The deed of trust is a cloud on title.

3. The deed of trust appears of record to be a valid and enforceable lien

4. In fact, the lien is unenforceable.

5. In order for Plaintiff to fully enjoy and use the property, equity requires that the Court Decree that the deed of trust is unenforceable.

B

INJUNCTIVE RELIEF

1. Plaintiff refers to and incorporates by this reference each allegation above.

2. Plaintiff's interest in the real property the subject of this suit is unique.

3. Defendant threatens to foreclose notwithstanding that its right to do so has expired by operation of the Statute of Limitations.

4. Plaintiff will suffer irreparable injury if the Court does not immediately enjoin Defendant from conducing the foreclosure sale it threatens.

5. Plaintiff further seeks a temporary Injunction, after notice and hearing, enjoining the exercise of the powers of sale under the deed of trust.

VII

CONDITIONS PRECEDENT

Plaintiff pleads that, pursuant to Rule 54, T.R.Civ.Pro., all conditions precedent to its right to recovery have transpired.

VIII

REQUEST FOR DISCLOSURE

Plaintiff requests that Defendant disclose to it that information described in Rules 190 and 194, T.R.Civ.Pro., within fifty days of service hereof.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to answer and appear herein, and that upon final trial the Court grant the relief prayed for herein, for costs of court, and for such other and further relief to which Plaintiff is entitled.

Respectfully submitted,

LAW OFFICES OF KENNETH S. HARTER

/s/ Kenneth S. Harter
Kenneth S. Harter
State Bar ID 09155300
5080 Spectrum Drive. Suite 1000-E
Addison, Tx. 75001
(972) 752-1928
Fax (214) 206-1491
kenharterlawyer@gmail.com

Attorneys for Plaintiff

Verification

State of Texas
County of Dallas

UNSWORN DECLARATION PURSUANT TO
TEXAS CIVIL PRACTICE AND REMEDIES CODE

My name is MARK C. DISANTI. I am above the age of 18. All facts stated herein are within my personal knowledge and are true and correct.

I am the chief officer of Plaintiff, and am duly authorized to make this Declaration on its behalf. I have read the facts as stated in the foregoing Original Petition. The facts stated therein are true and correct.

This Declaration is made under penalty of perjury.
Dated: April 24, 2018

/s/ Mark C. Disanti
Mark C. Disanti

JURAT

My name is Mark C. Disanti. My business address is 9090 Skillman, Suite 182-A, Dallas, Texas. I have read the foregoing and it is made under penalty of Perjury. Signed on this the 24th day of April, 2018.

/s/ Mark C. Disanti
Mark C. Disanti.

EXHIBIT A

| | |
|---|---|
| Current Borrower: | JAMES BUELL STICHER, JR. AND KIMBERLY DIANNE STICHER, HUSBAND AND WIFE |
| MHA File Number: | TX-11-15939-CM |
| VA/FHA/PMI Number: | |
| Loan Type: | FHA |
| Property Address: | 5913 SANDALWOOD DRIVE, MCKINNEY, TX 75070 |

# NOTICE OF SUBSTITUTE TRUSTEE SALE

**Deed of Trust Date:**
4/24/2007

**Grantor(s)/Mortgagor(s):**
JAMES BUELL STICHER, JR. AND KIMBERLY DIANNE STICHER, HUSBAND AND WIFE

**Original Beneficiary/Mortgagee:**
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. MERS IS A SEPARATE CORPORATION THAT IS ACTING SOLELY AS A NOMINEE FOR WR STARKEY MORTGAGE, L.L.P.

**Current Beneficiary/Mortgagee:**
JPMorgan Chase Bank, N.A.

**Recorded in:**
**Volume:** N/A
**Page:** N/A
**Instrument No:** 20070502000588700

**Property County:**
COLLIN

**Mortgage Servicer:**
JPMorgan Chase Bank, National Association is representing the Current Beneficiary/Mortgagee under a servicing agreement with the Current Beneficiary/Mortgagee.

**Mortgage Servicer's Address:**
1111 Polaris Parkway, Columbus, OH 43240

**Legal Description:** LOT 10, BLOCK D, WILLOW BROOK, PHASE II, AN ADDITION TO THE CITY OF MCKINNEY, COLLIN COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME K, PAGE 347, MAP RECORDS, COLLIN COUNTY, TEXAS.

**Date of Sale:** 5/7/2013

**Earliest Time Sale Will Begin:** 1:00 PM

**Place of Sale of Property:** THE SOUTHWEST ENTRANCE OF THE JACK HATCHELL COLLIN COUNTY ADMINISTRATION BUILDING LOCATED AT 2300 BLOOMDALE ROAD, MCKINNEY, TEXAS 75071 OR IN THE AREA DESIGNATED BY THE COMMISSIONER'S COURT, PURSUANT TO SECTION 51.002 OF THE TEXAS PROPERTY CODE.

The Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified. The sale will begin at the earliest time stated above or within three (3) hours after that time.

*Liz Hach* (signature)
Liz Hach or Robin Weldon
or Cole D. Patton
or Melissa A. McKinney
or Karl Terwilliger
McCarthy, Holthus & Ackerman, LLP
ATTN: SALES
1255 West 15th Street, Suite 1060
Plano, TX 75075

STATE OF TEXAS §
COUNTY OF Dallas §

Before me, the undersigned Notary Public, on this day personally appeared __Liz Hacht__ as Substitute Trustee, known to me or proved to me through a valid State driver's license or other official identification described as _____, to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 14th day of April, 2013.

_Susan Stephens_
Notary Public
Signature

**SUSAN D. STEPHENS**
Notary Public, State of Texas
My Commission Expires
January 21, 2017

```
Filed and Recorded
Official Public Records
Stacey Kemp, County Clerk
Collin County, TEXAS
04/15/2013 01:14:14 PM
$20.00 CLUNA
20130415000503630
```



_Stacey Kemp_

EXHIBIT B

## NOTICE OF SUBSTITUTE TRUSTEE SALE

**Deed of Trust Date:**
4/24/2007

**Grantor(s)/Mortgagor(s):**
JAMES BUELL STICHER, JR. AND KIMBERLY DIANNE STICHER, HUSBAND AND WIFE

**Original Beneficiary/Mortgagee:**
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. MERS IS A SEPARATE CORPORATION THAT IS ACTING SOLELY AS A NOMINEE FOR WR STARKEY MORTGAGE, L.L.P.

**Current Beneficiary/Mortgagee:**
JPMorgan Chase Bank, National Association

**Recorded in:**
Volume: N/A
Page: N/A
Instrument No: 20070502000588700

**Property County:**
COLLIN

**Mortgage Servicer:**
JPMorgan Chase Bank, National Association is representing the Current Beneficiary/Mortgagee under a servicing agreement with the Current Beneficiary/Mortgagee.

**Mortgage Servicer's Address:**
1111 Polaris Parkway,
Columbus, OH 43240

**Legal Description:** LOT 10, BLOCK D, WILLOW BROOK, PHASE II, AN ADDITION TO THE CITY OF MCKINNEY, COLLIN COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME K, PAGE 347, MAP RECORDS, COLLIN COUNTY, TEXAS.

**Date of Sale:** 5/1/2018     **Earliest Time Sale Will Begin:** 10:00 AM

**Place of Sale of Property:** SOUTHWEST ENTRANCE OF THE JACK HATCHELL COLLIN COUNTY ADMINISTRATION BUILDING OR AS DESIGNATED BY THE COUNTY COMMISSIONER'S OFFICE OR IN THE AREA DESIGNATED BY THE COMMISSIONER'S COURT, PURSUANT TO SECTION 51.002 OF THE TEXAS PROPERTY CODE.

The Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified. The sale will begin at the earliest time stated above or within three (3) hours after that time.

*Notice Pursuant to Tex. Prop. Code § 51.002(i): the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.*

Shelley Ortolani or Robert Ortolani or Mary Mancuso or Liz Hach or Cheryl Harris or Michele Hreha or Francesca Ortolani
or Cole D. Patton
or Deanna Segovia, Substitute Trustee
MCCARTHY & HOLTHUS, LLP
1255 WEST 15TH STREET, SUITE 1060
PLANO, TX 75075

**MH File Number:** TX-11-15939-CM
**Loan Type:** FHA

STATE OF TEXAS § 
COUNTY OF Dallas § §

Before me, the undersigned Notary Public, on this day personally appeared Shelley Ortolani, Substitute Trustee, known to me or proved to me through a valid State driver's license or other official identification described as _____, to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 28 day of February, 2018.

Michele Hreha
Notary Public
Signature

MICHELE HREHA
Notary Public, State of Texas
Comm. Expires 10-09-2020
Notary ID 4978821

Filed and Recorded
Official Public Records
Stacey Kemp, County Clerk
Collin County, TEXAS
02/28/2018 10:10:36 AM
$30.00 SCAPELA
20180228000245370

Stacey Kemp

UNOFFICIAL

Case 4:18-cv-00340-ALM-CAN Document 2 Filed 05/09/18 Page 15 of 20 PageID #: 82

Case 4:18-cv-00340-ALM-CAN Document 1-3 Filed 05/09/18 Page 13 of 13 PageID #: 28

Filed: 4/24/2018 10:11 AM
District Clerk
Collin County, Texas
By Migdalia Martinez Deputy
Envelope ID: 24105810

# CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY):* 296-01996-2018    **COURT** *(FOR CLERK USE ONLY):* _____

**STYLED** Ohio Gravy Biscuit Inc., as Trustee vs. JP Morgan Chase, NA

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

- **Name:** Kenneth S. Harter
- **Email:** kenharterlawyer@gmail.com
- **Address:** 5080 Spectrum . Suite 1000-E
- **Telephone:** 972/752-1928
- **City/State/Zip:** Addison, Tx. 75001
- **Fax:** 214/206-1491
- **Signature:** Kenneth S. Harter
- **State Bar No:** 09155300

## Names of parties in case:

- **Plaintiff(s)/Petitioner(s):** Ohio Gravy Biscuit Inc as Truste
- **Defendant(s)/Respondent(s):** JP Morgan Chase Bank, NA

*[Attach additional page as necessary to list all parties]*

## Person or entity completing sheet is:
- [X] Attorney for Plaintiff/Petitioner
- [ ] *Pro Se* Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other: _____

**Additional Parties in Child Support Case:**
- Custodial Parent:
- Non-Custodial Parent:
- Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

### Civil

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| *Debt/Contract* <br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br>  personal property<br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>  ☐Accounting<br>  ☐Legal<br>  ☐Medical<br>  ☐Other Professional<br>    Liability:<br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>  ☐Asbestos/Silica<br>  ☐Other Product Liability<br>    List Product:<br>☐Other Injury or Damage: | ☐Eminent Domain/<br>  Condemnation<br>☐Partition<br>☒Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br><br>**Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>  Pre-indictment<br>☐Other: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>  ☐With Children<br>  ☐No Children<br><br>**Other Family Law**<br>☐Enforce Foreign<br>  Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>  of Minority<br>☐Other: | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with<br>  Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>  Rights<br>☐Other Parent-Child: |

### Employment / Other Civil

| Employment | Other Civil | |
|---|---|---|
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>  Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: |

### Tax / Probate & Mental Health

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

- ☐Appeal from Municipal or Justice Court
- ☐Arbitration-related
- ☐Attachment
- ☐Bill of Review
- ☐Certiorari
- ☐Class Action
- ☒Declaratory Judgment
- ☐Garnishment
- ☐Interpleader
- ☐License
- ☐Mandamus
- ☐Post-judgment
- ☐Prejudgment Remedy
- ☐Protective Order
- ☐Receiver
- ☐Sequestration
- ☒Temporary Restraining Order/Injunction
- ☐Turnover

## 4. Indicate damages sought *(do not select if it is a family law case)*:

- ☒Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐Less than $100,000 and non-monetary relief
- ☐Over $100, 000 but not more than $200,000
- ☐Over $200,000 but not more than $1,000,000
- ☐Over $1,000,000

**EXHIBIT C-2**

Rev 2/13