# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| OHIO GRAVY BISCUIT INC., AS TRUSTEE FOR THE SANDLEWOOD DRIVE 5913 LAND TRUST<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | § § § § § § § § § § § Civil Action No. 4:18-CV-00340<br>(Judge Mazzant/Judge Nowak) |

## ORDER OF DISMISSAL

Came on to be considered this day the Stipulation of Dismissal (Dkt. #19) filed in this cause by Plaintiff Ohio Gravy Biscuit Inc., as trustee for the Sandlewood Drive 5913 Land Trust and Defendant JPMorgan Chase Bank, National Association.  After considering the Stipulation of Dismissal, and the agreement of the Parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendant are hereby dismissed with prejudice.  Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 23rd day of August, 2018.**

_/s/ Amos Mazzant_
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE